SEALED

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 OCT 18 PM 1:44

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:18-cr-487-T-24-CPT

18 U.S.C. § 922(g)(1)

GARY WEBB, a/k/a
"SUPERMAN"

## INDICTMENT

The Grand Jury charges:

SEALED

### COUNT ONE

On or about March 15, 2018, in the Middle District of Florida, the defendant,

GARY WEBB,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Battery on a Law Enforcement Officer**, on or about March 12, 1999;

2. **Battery on a Law Enforcement Officer**, on or about March 12, 1999;

3. **Resisting an Officer with Violence**, on or about March 12, 1999;

4. **Introduction of a Contraband into a County Detention Facility**, on or about January 29, 2002;

5. **Trafficking in Methamphetamine**, on or about January 13, 2004;

6. **Grand Theft of $100 or More from Dwelling or Curtilage**, on or about April 9, 2008;

7. **Grand Theft Third Degree of a Motor Vehicle**, on or about April 9, 2008;

8. **Grand Theft Motor Vehicle,** on or about November 18, 2014; and

9. **Uttering Forged Bills, Checks, Drafts, or Notes,** on or about November 18, 2014;

10. **Manufacture of Methamphetamine**, on or about November 18, 2014;

11. **Possession of Precursor Drugs**, on or about November 18, 2014;

12. **Possession of Oxycodone**, on or about November 18, 2014; and

13. **Felony Battery**, on or about November 18, 2014,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a nine-millimeter pistol and seven live rounds of nine-millimeter ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Natalie Hirt Adams
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

GARY WEBB,
a/k/a "SUPERMAN"

## INDICTMENT

Violations:   Title 18, United States Code, Section 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 18th day of October, 2018.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\W\Webb, Gary_2018R02239_NHA\f_Indictment Back.docx