**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  Case No.: 8:18-cr-487-T-24CPT

GARY WEBB

---

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

The Defendant, Gary Webb, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Christopher P. Tuite on April 11, 2019. The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Gary Webb, be adjudicated guilty as to Count One of the Indictment.

3. That sentencing be scheduled for July 16, 2019 at 9:00 AM. Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

**DONE and ORDERED** at Tampa, Florida 11th day of April, 2019.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service